IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TODD GRIFFIN                                                                         PLAINTIFF

v.                              Civil No. 6:17-06134

SHERIFF MIKE CASH, *et al*.                                                   DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed by the Plaintiff, Todd Griffin, pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3)(2011), the Hon. Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

On April 24, 2018, the Court entered an Order directing the Plaintiff to provide an additional address or identifying information to use in serving Defendant, T. J. Burnett. (ECF No. 19). Plaintiff was ordered to provide this information by May 15, 2018. Plaintiff was also advised that failure to do so would result in the dismissal of the party from the case. (*Id.*). To date, Plaintiff has not provided additional information regarding the Defendant, T. J. Burnett.

Accordingly, it is recommended that the Defendant, T. J. Burnett, be dismissed as a party from this case without prejudice.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of June 2018.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE