IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TODD GRIFFIN                                                                                    PLAINTIFF

v.                                            CASE NO. 6:17-cv-06134

SHERIFF MIKE CASH and
TJ BURNET                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 7, 2018, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Ford recommends that Defendant Burnet be dismissed as a party to the instant action because Plaintiff has failed to comply with the Court's order to provide "an additional address or identifying information to use in serving" Defendant Burnet. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Ford's Report and Recommendation *in toto*. Accordingly, Plaintiff's claims against Defendant Burnet are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge