IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TODD GRIFFIN                                                                                    PLAINTIFF

v.                                         Civil No. 6:17-CV-06134

SHERIFF MIKE CASH                                                                     DEFENDANT

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 10th day of July 2019.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE